No. 09-8349. Lucille R. Kelley, Petitioner v. Texas Workforce Commission, et al.

559 U.S. 993, 130 S. Ct. 1740, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2213, ■

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8350. Robert Martinez, Petitioner v. Unknown Bus Driver, et al.

559 U.S. 993, 130 S. Ct. 1740, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2209.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 46.

No. 09-8351. Lawrence M. Jiron, Petitioner v. Pattie P. Swift, District Court of Colorado, Alamosa County, et al.

559 U.S. 993, 130 S. Ct. 1741, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2277.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 330 Fed. Appx. 768.

No. 09-8356. Dartagnan Little, Petitioner v. Unknown McDonald, et al.

559 U.S. 994, 130 S. Ct. 1741, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2323.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8360. Phillip Dewayne Jones, Petitioner v. M. Pollard, et al.

559 U.S. 994, 130 S. Ct. 1741, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2248.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 896.

No. 09-8363. Dwayne Meredith, Petitioner v. California.

559 U.S. 994, 130 S. Ct. 1741, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2292.

March 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 174 Cal. App. 4th 1257, 95 Cal. Rptr. 3d 297.

No. 09-8364. Anthony C. Pryor, Petitioner v. Michael Sheets, Warden.

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2284.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8366. Wendy Wagener, Petitioner v. Ron Kenan, Warden.

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2335.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8368. Milton Lee Martin, Petitioner v. Lepher Jenkins, Warden.

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2337, ■

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8377. Subodhchandra T. Patel, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.

559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2309, ■

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.